# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138033(78)

ROYCE WILCOXSON-BEY, by Next Friend
PEPPER WILCOXSON-BEY, and ROXY
WILCOXSON-BEY, a Stillborn Child, by
PEPPER WILCOXSON-BEY, Personal
Representative, and PEPPER WILCOXSON-
BEY, Individually,
          Plaintiffs-Appellants,

v

PROVIDENCE HOSPITAL & MEDICAL
CENTERS, INC.,
          Defendant-Appellee,

and

DEBRA WRIGHT, M.D., and ST. JOHN
HEALTH SYSTEMS, INC.,
          Defendants.
_____/

SC: 138033
COA: 279146
Wayne CC: 05-524008-NH

On order of the Court, the motion for reconsideration of this Court's May 29, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CORRIGAN, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

d1019